IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| IN RE: OXBOW PROPERTIES, LLC | CASE NO: 2:23-BK-11932 J |
| DEBTOR IN POSSESSION | CHAPTER 11 |

**MOTION TO DISMISS CASE**

Comes Jim Hudson, in his Official Capacity as Cabinet Secretary of the Arkansas Department of Finance and Administration ("Creditor" hereafter), by and through his counsel of record herein, and for his Motion states as follows:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Local Rule 83.1 of the District Court.

2. This case commenced on June 25, 2023, with the Debtor's filing of a voluntary petition under Chapter 11 of the Bankruptcy Code.

3. Creditor is charged with the responsibility of administering certain state taxes which are the responsibility of the Debtor.

4. The Debtor is required by the provisions of 11 U.S.C. §1107 to perform the duties of a trustee that are set forth in, but not limited to, 11 U.S.C. §704, 11 U.S.C. §1106, 28 U.S.C. 960, and Fed. R. Bankr. P. Rule 2015. These duties include, but are not limited to, filing certain periodic reports and summaries of the Debtor's business operations (including statements of receipts and disbursements) with the taxing authorities, filing all delinquent pre-petition tax returns, and the timely reporting and full payment of all post-petition taxes.

5. Pursuant to 11 U.S.C. § 1112(b)(4), and on request of a party in interest, the Court shall either convert or dismiss a case for cause. The list of examples of what constitutes "cause" found in § 1112(b)(4) are not exhaustive, and the Court has broad discretion to consider other factors when determining whether to dismiss or convert a chapter 11 case. *All Denominational*

*New Church v. Pelofsky* (*In re All Denominational New Church*), 268 B.R. 536, 538 (8th Cir. BAP 2001). Cause for conversion or dismissal includes the failure to timely pay taxes owed after the date of the order of relief. 11 U.S.C. § 1112(b)(4)(I).

6. Dismissal of this case is proper pursuant to 11 U.S.C. § 1112(I) as Debtor is delinquent in: (1) the filing of withholding tax returns and payment of withholding tax for the months of January 2023 to date; (2) the filing of a partnership income tax return for the tax year ending December 31, 2022; and (3) the filing of sales and use tax returns for the months of April 2023 to date.

**WHEREFORE**, for the reasons set forth herein, Creditor prays for entry of an order dismissing the Debtor's case and for all other appropriate relief to which he may be entitled.

Respectfully Submitted,
Jim Hudson, in his Official Capacity as
Cabinet Secretary for the
Arkansas Department of Finance and
Administration

By: */s/ Michelle L. Baker*
Michelle L. Baker, ABN 97120
Office of Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203
(501) 682-7030

## CERTIFICATE OF SERVICE

I, Michelle L. Baker, do hereby certify on this 14th day of August 2023 that copies of the foregoing pleading were served electronically upon the Office of the U.S. Trustee, Vanessa Cash Adams, attorney for the Debtor; and upon all other parties registered to receive electronic noticing in this case. I further certify that hard copies of the foregoing pleading have also been sent by regular mail to those parties not registered to receive electronic noticing in this case.

*/s/ Michelle L. Baker*
Michelle L. Baker